IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LARRY D. HARRIS, JR.,

    Plaintiff,

  v.

Case No. 17-cv-362-jdp

JEFFREY C. MANLOVE, WILLIAM
McGREEDY and AMY GUNDERSON,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 9/11/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |