UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

LARRY D. HARRIS JR.
     Plaintiff,

V.

NOTICE OF APPEAL
Case No. 17-cv362

JEFFREY C MANLOVE et.al,
     Defendant(s)

---

## NOTICE OF APPEAL

Notice is given that Larry D. Harris Jr. Plaintiff in the above entitled matter appeals to the United States Court Of Appeals for the Seventh Circuit from the final judgment entered in this action on September 11, 2019.

Dated; September 24, 2019

                                LARRY D. HARRIS JR.

                                (Pro.se)
                                Waupun coorectional Inst.
                                P.O. Box 351
                                Waupun WI, 53963-0351

To; OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

120 NORTH HENRY STREET, ROOM 320

MADISON WI 53703


re;(HARRIS V. MANLOVE)et.al. Case No.17-cv362


Dear Court Clerk:

Find enclosed for filing, in thee above entitled matter
1- Notice of appeal
1- Affidavit Accompanying Motion For Permission to Appeal IN FORMA PAUPERIS.
1- Six months Account Statement Sheets.
1- Certification as to three or more dismissals undre wis. 801.02(7)(D).


Dated: September 24, 2019

                          LARRY D. HARRIS JR.

                          (Pro.se)
                          Waupun correctional Inst.
                          P.O.Box 351
                          Waupun WI, 53963-351